UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STACEY MERCER,

                          Plaintiff,

      -against-

HISTORIC HOTELS OF
RICHMOND, LLC,

                         Defendant.

ORDER

20 Civ. 10425 (GBD)

------------------------------------- x

GEORGE B. DANIELS, District Judge:

For the reasons stated on the record at the May 5, 2021 oral argument, Defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction, (ECF No. 13), is GRANTED.

The Clerk of Court is directed to close the motion at ECF No. 13 and this case.

Dated: May 5, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE