**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STACEY MERCER,

                            Plaintiff,

    -against-                                      20 **CIVIL** 10425 (GBD)

## **JUDGMENT**

HISTORIC HOTELS OF RICHMOND, LLC,

                            Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2021, and for the reasons stated on the record at the May 5, 2021 oral argument, Defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction, (ECF No. 13), is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

       May 6, 2021

                                                              **RUBY J. KRAJICK**

                                                                Clerk of Court

                             **BY:**

                                                                **Deputy Clerk**